# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENISE DIXON,** | : | No. 3:17-CV-1827 |
| Plaintiff | : | |
| | : | Judge Mariani |
| v. | : | Magistrate Judge Schwab |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al.,** | : | Electronically Filed Document |
| | : | |
| | : | *Complaint Filed 10/05/17* |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion for Summary Judgment of Defendants Anthony, Blair-Morrison, Frantz, Lowe, Minnig, Nicholas, Oppman, Schaeffer, Smith, Wetzel, Young, and the Pennsylvania Department of Corrections, and any response thereto, it is hereby ORDERED that the Motion is GRANTED.  Judgment is hereby entered in favor of the moving Defendants and Plaintiff's Amended Complaint *(Doc. 28),* is DISMISSED WITH PREJUDICE.

**By the Court:**

_____
**Robert D. Mariani**
**United States District Judge**