UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE DIXON, | : Civil Action No. 3:17-CV-1827 |
| Plaintiff, | : |
| v. | : (JUDGE MARIANI) |
| | : (Chief Magistrate Judge Schwab) |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 22nd DAY OF OCTOBER 2019, upon review of Chief Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 99) addressing the pending motions for summary judgment (Docs. 86, 89) for clear error or manifest injustice,

**IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 99) is **ADOPTED** for the reasons set forth therein;

2. Defendants' motions for summary judgment (Docs. 86, 89) are **DENIED**;

3. This matter is remanded to Chief Magistrate Judge Schwab for further pretrial management.

_____
Robert D. Mariani
United States District Judge