IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DENISE DIXON,

    Plaintiff,

v.

PENNSYLVANIA DEPARTMENT
OF CORRECTIONS; JOHN E. WETZEL;
ROBERT SMITH; W. FRANTZ;
WENDY NICHOLAS; GARY LOWE;
MR. MINNIG; MR. SCHAEFFER;
HOBART CORPORATION;
MS. ANTHONY; TAMMY RISHEL, PA-C;
MS. YOUNG, R.N.; LESLIE BLAIR-
MORRISON; CYNTHIA FREELAND, M.D.;
CORRECT CARE SOLUTIONS, LLC; and
CHRISTOPHER OPPMAN, M.D.,

    Defendants.

***FILED ELECTRONICALLY***

CIVIL ACTION NO. 3:17-CV-01827

FILED
HARRISBURG, PA
SEP 23 2021
PER _____ DEPUTY CLERK

## ORDER

AND NOW, this 23rd day of September, 2021, upon consideration of the foregoing Joint Motion to File Documents Under Seal, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED. The parties are permitted to file any exhibits in support of their respective motions for summary judgment, briefs in support, briefs in opposition, and statements of fact under seal, without redaction.

BY THE COURT:

_____, J.