IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENISE DIXON,** | : | Civil No. 3:17-CV-1827 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **PENNSYLVANIA DEPARTMENT** | : | |
| **OF CORRECTIONS,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

# ORDER

AND NOW, this 11th day of August 2022, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motions for summary judgment, (Docs. 138, 145), will be GRANTED in part and DENIED in part as follows:

The defendants' motions shall be GRANTED as to the plaintiff's Eighth Amendment claims against the Department of Corrections, Correct Care Solutions, and Defendants Smith, Lowe, Minnig, Schaeffer, Blair-Morrison, Freeman, Anthony, and Young.

The defendants' motions shall be DENIED as to the plaintiff's state law negligence claim against the Department of Corrections.

The parties are also directed to notify the Court within 30 days of this order, on or before **September 12, 2022**, if they wish to pursue mediation in this case or whether we should set a pretrial and trial schedule in this case.

.

*S/ Martin C. Carlson*

Martin C. Carlson
United States Magistrate Judge